IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK YOUNG,<br><br>Defendant. | No. CR06-0009 and<br>CR12-0060<br><br>ORDER FOR DETENTION |

On the 15th day of July, 2013, this matter came on for hearing on the Government's request to have the Defendant detained prior to a revocation hearing. The Government was represented by Assistant United States Attorney C.J. Williams. The Defendant appeared personally and was represented by his attorney, Stephen A. Swift. For the reasons stated by the Court on the record at the time of hearing, the Court concludes that the request for detention should be granted.

### ORDER

IT IS THEREFORE ORDERED that the request for detention made at the initial appearance on revocation proceedings is hereby **GRANTED**. The Defendant shall be detained and in the custody of the United States Marshal pending a final revocation of supervised release hearing scheduled for July 18, 2013 before the Chief Judge Linda R. Reade.

DATED this 15th day of July, 2013.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA